UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Jose GOMEZ GUZMAN,<br><br>      Petitioner,<br><br>v.<br><br>KEVIN RAYCRAFT, in his official capacity as Field Office Director of Enforcement and Removal Operations, Detroit Field Office, Immigration and Customs Enforcement; Kristi NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; Pamela BONDI, in her official capacity as U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>      Respondents. | Case No. 25-cv-13711<br><br>Hon. Mark A. Goldsmith |

## STIPULATED ORDER OF DISMISSAL

On November 20, 2025, Petitioner JOSE GOMEZ GUZMAN filed a petition for a writ of habeas corpus challenging his detention by Respondents. ECF No. 1, PageID.1. Subsequent to filing his petition, on November 25, 2025, Petitioner had a

hearing before an Immigration Judge and was ordered removed. Accordingly, the parties, through the undersigned attorneys, request and stipulate that Petitioner's petition for writ of habeas corpus be dismissed without prejudice and without awarding attorney fees or costs to either party.

**SO ORDERED.**

Dated: December 5, 2025  
Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

Stipulated and agreed to by:

s/ Anna Hill Galendez  
Anna Hill Galendez (P78632)  
ahill@michiganimmigrant.org  
7700 Second Avenue, Ste 603  
Detroit, MI 48202  
Tel/Fax: (734) 714-3216

s/ Gonzalo Peralta  
Gonzalo Peralta (P84529)  
gperalta@michiganimmigrant.org  
1500 E. Beltline Ave. SE, Ste 300  
Grand Rapids, MI 49506  
Tel/Fax: (734) 519-5763  
*Counsel for Petitioner*

Jerome F. Gorgon Jr.  
United States Attorney

s/ Zak Toomey  
Zak Toomey (MO61618)  
Assistant U.S. Attorney  
211 W. Fort St., Ste. 2001  
Detroit, Michigan  48226  
(313) 226-9617  
zak.toomey@usdoj.gov

*Counsel for Respondents*

Dated: December 3, 2025

Dated: December 3, 2025